**Motion Granted; Order filed October 23, 2018.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-18-00205-CR
_____

**SANTHY INTHALANGSY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 178th District Court
Harris County, Texas
Trial Court Cause No. 1471491**

## ORDER

Appellant is represented by retained counsel, Inger H. Chandler. Appellant's brief was originally due July 16, 2018. We have granted a total of 90 days to file appellant's brief until October 17, 2018. No brief was filed. On October 18, 2018, counsel filed a further request for extension of time to file appellant's brief.

We grant the request for extension and issue the following order.

We order Inger H. Chandler to file a brief with the clerk of this court on or before November 19, 2018. No further extensions will be entertained absent exceptional circumstances. If counsel does not timely file appellant's brief as ordered, the court may issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.


PER CURIAM